UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MANUEL GUZMAN *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | No. 15-cv-4049 (SN) |
| Plaintiffs, | ) ) | |
| -against- | ) ) | |
| CARMINE'S BROADWAY FEAST INC. and ALICART, INC. d/b/a THE ALICART RESTAURANT GROUP, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| VALMIR SOUZA *et al.*, on behalf of himself and all others similarly situated, | ) ) ) | No. 15-cv-4046 (SN) |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| CARMINE'S BROADWAY FEAST INC. and ALICART, INC. d/b/a THE ALICART RESTAURANT GROUP, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS AND COLLECTIVE SETTLEMENT AND APPROVAL OF PLAINTIFFS' PROPOSED CLASS NOTICE**

The above-captioned matters came before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of the Class and Collective Settlement and Approval of Plaintiffs' Proposed Class Notice ("Motion for Preliminary Approval").

1. Based upon the Court's review of the Declaration of Matthew J. Blit, and all other papers submitted in connection with Plaintiffs' Motion for Preliminary Approval, the Court grants preliminary approval of the settlement memorialized in the Settlement Agreement annexed to Blit Declaration as Exhibit A and 'so orders' all of its terms.

2. The Court approves the Proposed Class Notice, which is annexed to the Blit Declaration as Exhibit B, and directs its distribution to the Class.

3. The Court hereby sets the following settlement procedure:

| | |
|---|---|
| 14 days after Preliminary Approval<br><br>December 1, 2017 | Defendants' counsel will provide the Settlement Administrator a mailing list in electronic form containing the names, last known addresses, job position or department, dates of employment during the relevant period, and social security numbers for all class members as that information exists on file with Defendants. |
| 30 days after Preliminary Approval<br><br>December 17, 2017 | Mailing of Class Notice |
| 45 days after date of mailing of Class Notice<br><br>January 31, 2018 | Last day for class members to "opt out" of the Settlement or to submit written objections to the Settlement. |
| At least 90 days after Preliminary Approval<br><br>February 7, 2018, at 2 p.m. | Final Settlement approval hearing. |

**SO ORDERED.**

November 17, 2017
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge