**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**VALMIR SOUZA,**

                          **Plaintiff,**                    **15-CV-04046 (SN)**

   -against-                                                **ORDER**

**CARMINE'S BROADWAY**
**FEAST INC., et al.,**

                          **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**MANUEL GUZMAN, et al.,**

                          **Plaintiffs,**                   **15-CV-04049 (SN)**

   -against-                                                **ORDER**

**CARMINE'S BROADWAY**
**FEAST INC., et al.,**

                          **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has scheduled a fairness hearing in these two related cases for Wednesday, February 7, 2018. In light of the upcoming hearing, the plaintiffs are ORDERED to file their motion for final approval of the class settlement and any accompanying memoranda of law or affidavits on the public docket by tomorrow, February 6, 2018, by 3:00 p.m. The plaintiffs are further ORDERED to provide chambers with a courtesy copy, also by 3:00 p.m.

**SO ORDERED.**

New York, New York
February 5, 2018

SARAH NETBURN
United States Magistrate Judge